*Curiam.* Dismissed for want of jurisdiction upon the authority of *Bagley* v. *General Fire Extinguisher Co.*, 212 U. S. 477; *McCormick* v. *Oklahoma City*, 236 U. S. 657; *St. Anthony Church* v. *Pennsylvania R. R.*, 237 U. S. 575; *Merriam Co.* v. *Syndicate Publishing Co.*, 237 U. S. 618. *Mr. A. J. H. Frank* for the plaintiff in error. *Mr. C. E. Morgan, 3d,* and *Mr. R. Stuart Smith* for the defendant in error.

---

No. 172. VANDALIA RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* CHARLES STILWELL. In error to the Supreme Court of the State of Indiana. Argued January 14, 1916. Decided January 17, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Jeffrey Manufacturing Co.* v. *Blagg*, 235 U. S. 571. *Mr. Samuel O. Pickens, Mr. Frederic D. McKenney* and *Mr. John G. Williams* for the plaintiff in error. *Mr. Martin M. Hugg* and *Mr. Wymond J. Beckett* for the defendant in error.

---

No. 672. ROBERT KITCHENS, APPELLANT, *v.* J. C. HAMILTON, SHERIFF, ETC. Appeal from the District Court of the United States for the Southern District of Georgia. Argued January 11, 1916. Decided January 17, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Andrews* v. *Swartz*, 156 U. S. 272; *Frank* v. *Mangum,* 237 U. S. 309. *Mr. John R. Cooper* for the appellant. *Mr. Clifford Walker* for the appellee.

---

No. 729. FRANK R. SHATTUCK, TRUSTEE, ETC., ET AL., APPELLANTS, *v.* THE TITLE GUARANTY & SURETY COMPANY. Appeal from the United States Circuit Court of